1  COUNSEL OF RECORD LISTED
2  ON SIGNATURE PAGE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CLINTON BEACHAM,<br><br>           Plaintiff,<br><br>     v.<br><br>SYNOPSYS, INC., a corporation, and DOES 1 through 10,<br><br>           Defendant. | Case No. C-07-02079-PVT<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

   Counsel of record report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

   1. The parties agree to participate in private mediation before Mediator Mark Rudy of Rudy Exelrod & Zieff LLP:

   2. The parties agree to hold the ADR session on May 17, 2007. In the event mediation continues beyond said date, the mediation process is to be completed by June 15, 2007 unless further extended by Stipulation and Order.

///
///
///
///
///
///
///

| | | |
|---|---|---|
| 1 | Dated: May 11, 2007 | McGUINN, HILLSMAN & PALEFSKY |
| 2 | | |
| 3 | | By: /s/ Cliff Palefsky |
| 4 | | Cliff Palefsky |
| 5 | | Attorney for Plaintiff<br>CLINTON BEACHAM |
| 7 | Dated: May 11, 2007 | FENWICK & WEST LLP |
| 9 | | By: /s/ Allen Kato |
| 10 | | Allen Kato |
| 11 | | Attorneys for Defendant<br>SYNOPSYS, INC. |

### [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

__ Non-binding Arbitration
__ Early Neutral Evaluation (ENE)
__ Mediation
**X** Private ADR

Deadline for ADR session:
__ 90 days from the date of this order.
**X** other: Mediation process to be completed by June 15, 2007 unless further extended by Stipulation and Order.

Participation in the private mediation shall be substituted for and shall satisfy any obligation of the parties to participate in a Court ADR program, including as allowed by ADR L.R. 3-4(b).

**IT IS SO ORDERED.**

Dated: May 14, 2007    By: /s/ Patricia V. Trumbull
HON. PATRICIA V. TRUMBULL
Chief Magistrate Judge
United States District Court
Northern District Of California

1   I hereby attest that I obtained the concurrence of Cliff Palesky, Esq., in the filing of this
2   stipulation and that I will maintain a record of such concurrence until one year after resolution of
3   this action.

4   Dated: May 11, 2007                                         FENWICK & WEST LLP

6                                                               By:        /s/ Allen Kato
                                                                              Allen Kato

                                                                Attorneys for Defendant
8                                                               SYNOPSYS, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS                          3                      CASE NO. C 07-02079-PVT